EDWARD C. KLAPP, Appellant, *v.* JULES S. BACHE et al., Copartners under the Firm Name of J. S. BACHE AND COMPANY, Respondents.

(Argued October 22, 1930; decided November 18, 1930.)

*George B. Smith* and *W. Arthur Kline* for appellant. *Charles G. Fryer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.